## Commonwealth *v.* Walker, Appellant.

Submitted June 11, 1969. *Abraham J. Brem Levy,* for appellant; *Nicholas J. Nastasi* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.